**KROVATIN KLINGEMAN LLC**
Gerald Krovatin (GK 4908)
744 Broad Street, Suite 1903
Newark, New Jersey  07102
(973) 424-9777
Attorneys for Defendant Joseph Coniglio

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-128 (DMC) |
| vs. | : | **CONTINUANCE ORDER** |
| JOSEPH CONIGLIO | : | |
| Defendant. | : | |

**THIS MATTER** having been opened to the Court on the motion by Defendant Joseph Coniglio to extend the dates set forth in Paragraph 12 of the initial Order for Discovery and Inspection entered on February 28, 2008, ("the Order") with the consent of Christopher J. Christie, United States Attorney for the District of New Jersey (Jeffrey S. Chiesa and Thomas R. Calcagni, Assistant U.S. Attorneys) and the Court having the opportunity to be heard as to the continuance; and for good and sufficient cause shown; and it is further

IT IS on this _31_ day of _MARCH_ 2008

**ORDERED** that the dates set forth in Paragraph 12 of the Order are hereby extended as follows:

-2-

Pretrial motions due:    August 11, 2008

Opposition due:          August 29, 2008

Motions returnable:      [to be determined by the Court] September 8, 2008 9:30 AM

Trial date:              October 6, 2008 at 9:30 A.M.

                         HON. DENNIS M. CAVANAUGH
                         United States District Judge