# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh, U.S.D.J. |
| | : | |
| v. | : | Crim. No. 08-128 (DMC) |
| | : | |
| JOSEPH CONIGLIO | : | |

### CONSENT ORDER FOR CONTINUANCE

This matter having come before the Court at the request of defendant Joseph Coniglio (by Gerald Krovatin, Esq., appearing) for an order granting a second continuance of the proceedings in the above-captioned matter; Christopher J. Christie, United States Attorney for the District of New Jersey (by Thomas R. Calcagni and Jeffrey S. Chiesa, Assistant U.S. Attorneys, appearing) having agreed to one last continuance; the defendant being aware of his right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1); and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)     Counsel for defendant has indicated his desire for a continuance of the October 6, 2008 trial date until March 23, 2009, on account of his being on trial in another matter;

(2)     The United States has indicated it has no objection to one final continuance given defense counsel's unavailability;

(3)     The defendant, Joseph Coniglio, has consented through counsel to a second continuance of this matter until March 23, 2009;

(4)     The grant of a continuance will likely conserve judicial resources; and

(5)     Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this ___19___ day of ___Aug___, 2008;

ORDERED that this action be, and it hereby is, continued until March 23, 2009, and the period between and including October 6, 2008, and March 23, 2009, shall be excluded in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8); it is further

ORDERED that pre-trial motions shall be filed by February 2, 2009; responses shall be filed by February 16, 2009; and the motion hearing shall be conducted on March 2, 2009.

HON. DENNIS M. CAVANAUGH
United States District Judge

Consented and Agreed to by:

Gerald Krovatin, Esq.
Counsel for Defendant Joseph Coniglio

Thomas R. Calcagni
Assistant U.S. Attorney

-2-