NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | **Hon. Dennis M. Cavanaugh** |
| v. | **ORDER** |
| JOSEPH CONIGLIO | Crim. No. 08-128 (DMC) |

This matter coming before the Court upon motions by Defendant Joseph Coniglio to dismiss the Indictment on grounds of selective prosecution, and for a new trial pursuant to Fed. R. Crim. P. 33; and upon motion by the North Jersey Media Group ("NJMG") to quash a subpoena duces tecum served by Defendant on May 5, 2009; and the Court having reviewed all submissions; and in accordance with the Court's rulings in a hearing held on June 17, 2009; and for the reasons stated on the record;

IT IS on this 22 day of June, 2009;

**ORDERED** that Defendant's motion to dismiss the Indictment is **denied**;

**ORDERED** that Defendant's motion for a new trial pursuant to Fed. R. Crim. P. 33 is **denied**; and it is

**ORDERED** that NJMG's motion to quash is **granted**.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original: Clerk's Office
cc: All Counsel of Record
    File