**KROVATIN KLINGEMAN LLC**
Gerald Krovatin (GK 4908)
744 Broad Street, Suite 1903
Newark, New Jersey 07102
(973) 424-9777
Attorneys for Defendant Joseph Coniglio

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-128 (DMC) |
| vs. | : | **CONSENT ORDER** |
| JOSEPH CONIGLIO | : | |
| Defendant. | : | |

THIS MATTER having been opened to the Court by Krovatin Klingeman LLC, attorneys for defendant, Gerald Krovatin, Esq., appearing, in the presence of and with the consent of Paul J. Fishman, U.S. Attorney, Thomas R. Calcagni and Rachael A. Honig, Assistant U.S. Attorneys, appearing, and it appearing that defendant was ordered to surrender to the U.S. Bureau of Prisons on November 9, 2009 to begin serving his sentence in this matter, and it appearing that the defendant seeks a one-week postponement of his surrender date for good cause shown,

IT IS on this 29 date of October 2009

**ORDERED** that defendant's surrender date be and it hereby is postponed for one week and defendant shall surrender to the federal correctional institution at USP Lewisburg as previously designated by the Bureau of Prisons by noon on November 16, 2009.

DENNIS M. CAVANAUGH
United States District Judge

We hereby consent to the form
and entry of this Order:

PAUL J. FISHMAN
United States Attorney

By: _____
Thomas R. Calcagni, AUSA
Rachael A. Honig, AUSA

KROVATIN KLINGEMAN LLC
Attorneys for Defendant

By: _____
Gerald Krovatin, Esq.