UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| | | Crim. No. 08-128 |
| v. | : | |
| | | ORDER SETTING CONDITIONS |
| JOSEPH CONIGLIO | : | OF RELEASE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Rachael A. Honig, Assistant U.S. Attorney), and defendant Joseph Coniglio (by Gerald Krovatin, Esq.) for an order setting conditions of release in this matter, the Court hereby makes the following findings:

(1) On September 1, 2009, this Court sentenced defendant to 30 months' imprisonment, which defendant began serving on or about November 16, 2009;

(2) The Bureau of Prisons subsequently determined that defendant was eligible to serve the final ten percent of his sentence, after calculation of applicable credits for good behavior, in home confinement;

(3) On March 23, 2011, this Court resentenced defendant to 20 months' imprisonment; and

(4) As a result, it appears likely that, after calculation of applicable credits for good behavior, defendant will be immediately eligible for transfer to home confinement

after the Bureau of Prisons completes its re-computation of his sentence.

WHEREFORE, IT IS on this 24 day of March, 2011,

ORDERED that the defendant shall be released immediately pursuant to 18 U.S.C. § 3143; and it is further

ORDERED that the conditions of release shall be as follows:

(1) Defendant shall be confined to his residence; and

(2) All other conditions of release shall remain as previously ordered in this matter in connection with defendant's pretrial release.

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

2