```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA    :      Hon. Dennis M. Cavanaugh
                                   Crim. No. 08-128
          v.                :
                                   ORDER AMENDING JUDGMENT AND
JOSEPH CONIGLIO             :      SENTENCE
```

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Rachael A. Honig, Assistant U.S. Attorney), and defendant Joseph Coniglio (by Gerald Krovatin, Esq.) for an order amending the judgment and sentence in this matter, the Court hereby makes the following findings:

(1) On March 23, 2011, the Court resentenced defendant to 20 months' imprisonment;

(2) On or about March 25, 2011, the Court ordered the defendant released pending the re-computation by the U.S. Bureau of Prisons ("Bureau of Prisons") of defendant's sentence, with the condition that defendant be confined to his residence;

(3) The Bureau of Prisons has completed its re-computation, and has calculated that defendant has approximately 32 days left to serve on his sentence, all of which he has been previously approved by the Bureau of Prisons to serve in home confinement at his residence;

(4) Defendant already has spent approximately that amount of time in home confinement as a condition of his release pending re-computation of his sentence; and

(5) To avoid any further administrative burden, therefore, it is preferable that the judgment be amended so that defendant need not be returned to the custody of the Bureau of Prisons before beginning his term of supervised release.

WHEREFORE, IT IS on this 18 day of April, 2011,

ORDERED that the judgment and sentence in this case shall be amended to reflect that defendant shall be committed to the custody of the Bureau of Prisons for a term of <u>18 months, 23 days</u>; and it is further

ORDERED that all remaining provisions of the judgment and sentence imposed on March 23, 2011, shall remain as previously ordered; and it is further

ORDERED that defendant shall report to U.S. Probation immediately to commence his two-year term of supervised release.

HON. DENNIS M. CAVANAUGH
United States District Judge